# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| RODERICK P. MATTHEWS | ) Case No:   06-CR-60158 |
| | ) USM No: |
| Date of Previous Judgment: November 27, 2006 | ) Pro se |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   70   months **is reduced to**   57 months   .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level:   23 | | Amended Offense Level:   21 | |
| Criminal History Category:   IV | | Criminal History Category:   IV | |
| Previous Guideline Range:   70   to 87   months | | Amended Guideline Range:   57   to 71   months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   11/27/2006   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   8/8/2008

_Ursula Ungaro_
Judge's signature

Effective Date: _____
(if different from order date)

URSULA UNGARO, U.S. DISTRICT COURT JUDGE
Printed name and title